ALFRED JONES, Appellant, *v.* NEW YORK SAVINGS BANK, Respondent.

Submitted May 20, 1940; decided May 28, 1940.

*Theodore L. Karpf* for motion to dismiss appeal.

*Harold Ira Panken* opposed and for counter motion.

Motion to dismiss appeal denied, without costs, and plaintiff's motion to prosecute the appeal as a poor person granted.